UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YANG YEE HER,<br><br>             Plaintiff,<br><br>      v.<br><br>KILOLO KIJAKAZI, Commissioner of Social Security,<br><br>             Defendant. | Case No. 1:23-cv-01478-BAM<br><br>**ORDER ON APPLICATION TO PROCEED** *IN FORMA PAUPERIS* **AND DIRECTING CLERK TO ISSUE SUMMONS AND SCHEDULING ORDER**<br><br>(Doc. 2) |

Pending before the Court is Plaintiff Yang Yee Her's ("Plaintiff") application to proceed *in forma pauperis* under 28 U.S.C. § 1915.  (Doc. 2.)  Plaintiff has made the showing required by § 1915, and the request to proceed *in forma pauperis* will be granted.  28 U.S.C. § 1915(a).

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's application to procced *in forma pauperis* is GRANTED;
2. The Clerk of the Court is directed to issue new case documents, including the Scheduling Order;
3. The Clerk of the Court also is directed to issue summons and service shall proceed under the Court's E-Service program with the Clerk delivering to the Commissioner of Social Security Administration and the United States Attorney's Office at their designated email addresses, a notice of electronic filing of the action along with the summons and complaint.

IT IS SO ORDERED.

Dated:   **October 17, 2023**               /s/ *Barbara A. McAuliffe*            
                                                             UNITED STATES MAGISTRATE JUDGE

1